**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Karen** | **Alejandra** | **Granados** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Central** | District of | **California** |
| Case number | **8:24-bk-10854-TA** | | |

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

**1.** **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☑ No. Go to Part 2.
☐ Yes. Where is the property?

**1.1**

_____
Street address, if available, or other description

_____

_____
City          State     ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
_____

**Current value of the portion you own?**
_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

☐ **Check if this is community property** (see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ..................➡

| $0.00 |
|---|

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No
☐ Yes

Debtor  **Granados, Karen Alejandra**

Case number *(if known)* **8:24-bk-10854-TA**

---

3.1

| Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Model: _____ | ☐ Debtor 1 only | |
| | ☐ Debtor 2 only | |
| Year: _____ | ☐ Debtor 1 and Debtor 2 only | |
| | ☐ At least one of the debtors and another | **Current value of the entire property?** |
| Approximate mileage: _____ | ☐ **Check if this is community property** (see instructions) | **Current value of the portion you own?** |
| Other information: | | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No

   ☐ Yes

4.1

| Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Model: _____ | ☐ Debtor 1 only | |
| | ☐ Debtor 2 only | |
| Year: _____ | ☐ Debtor 1 and Debtor 2 only | |
| Other information: | ☐ At least one of the debtors and another | **Current value of the entire property?** |
| | ☐ **Check if this is community property** (see instructions) | **Current value of the portion you own?** |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ................................................    →    | **$0.00** |

---

**Part 3:**    Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

   *Examples:*  Major appliances, furniture, linens, china, kitchenware

   ☐ No

   ☑ Yes. Describe. .........    | **Household goods and furnishings** |    $1,800.00

7. **Electronics**

   *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No

   ☑ Yes. Describe. .........    | **Electronics** |    $1,500.00

---

Debtor  **Granados, Karen Alejandra**                                      Case number *(if known)*  **8:24-bk-10854-TA**

---

8.  **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe. .........  | | _____

9.  **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe. .........  | Equipment for sports and hobbies | $300.00

10.  **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe. .........  | | _____

11.  **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe. .........  | Clothes | $500.00

12.  **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe. .........  | Jewelry | $200.00

13.  **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe. .........  | Pets | unknown

14.  **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information. .............  | | _____

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................  ➤  | $4,300.00

| **Part 4:** | Describe Your Financial Assets |

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

Debtor   **Granados, Karen Alejandra**                                        Case number *(if known)*   **8:24-bk-10854-TA**

---

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes ............................................................................................................................ Cash: ................... **$1,000.00**

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes ....................        Institution name:

    | | | |
    |---|---|---|
    | 17.1. Checking account: | **Bank of America** | **$0.00** |
    | 17.2. Checking account: | **Chase** | **$0.00** |
    | 17.3. Checking account: | **Chase** | **$1,891.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes ....................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No

    ☐ Yes. Give specific information about them....................        Name of entity:                           % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific information about them....................        Issuer name:

---

Official Form 106A/B                              **Schedule A/B: Property**                                              page **4**

Debtor  **Granados, Karen Alejandra**                                           Case number *(if known)*  **8:24-bk-10854-TA**

---

21.  **Retirement or pension accounts**

    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ☐ Yes. List each
        account separately.   Type of account:       Institution name:

                       401(k) or similar plan:  _____   _____

                       Pension plan:  _____   _____

                       IRA:  _____   _____

                       Retirement account:  _____   _____

                       Keogh:  _____   _____

                       Additional account:  _____   _____

                       Additional account:  _____   _____

22.  **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
             others

    ☑ No

    ☐ Yes ......................         Institution name or individual:

                       Electric:  _____   _____

                       Gas:  _____   _____

                       Heating oil:  _____   _____

                       Security deposit on rental unit:  _____   _____

                       Prepaid rent:  _____   _____

                       Telephone:  _____   _____

                       Water:  _____   _____

                       Rented furniture:  _____   _____

                       Other:  _____   _____

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes ....................     Issuer name and description:

                      _____   _____

                      _____   _____

                      _____   _____

---

Debtor   **Granados, Karen Alejandra**                                        Case number *(if known)* **8:24-bk-10854-TA**

---

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
     26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

     ☑ No
     ☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

     ☑ No
     ☐ Yes. Give specific information about them. ...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

     *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

     ☑ No
     ☐ Yes. Give specific information about them. ...

27.  **Licenses, franchises, and other general intangibles**

     *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

     ☑ No
     ☐ Yes. Give specific information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

28.  **Tax refunds owed to you**

     ☑ No
     ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

     Federal:
     State:
     Local:

29.  **Family support**

     *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

     ☑ No
     ☐ Yes. Give specific information. ........

     Alimony:
     Maintenance:
     Support:
     Divorce settlement:
     Property settlement:

---

Debtor  **Granados, Karen Alejandra**                                              Case number *(if known)*  **8:24-bk-10854-TA**

---

30. **Other amounts someone owes you**

    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

    *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance company        Company name:            Beneficiary:            Surrender or refund value:
       of each policy and list its value. ...

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
    property because someone has died.

    ☑ No
    ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off
    claims**

    ☑ No
    ☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here** ...........................................................................................  ➡   | $2,891.00 |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

---

Debtor  **Granados, Karen Alejandra**                                          Case number *(if known)*  **8:24-bk-10854-TA**

|  | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

38.  **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

_____

39.  **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

_____

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

_____

41.  **Inventory**

☑ No

☐ Yes. Describe. .........

_____

42.  **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                    % of ownership:

_____

_____

_____

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. .........

_____

Debtor   **Granados, Karen Alejandra**                                    Case number *(if known)*   **8:24-bk-10854-TA**

---

44.   **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

45.   **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
**for Part 5. Write that number here** ...................................................................................................    →    | $0.00 |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.   **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47.   **Farm animals**

*Examples:*  Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................      _____      _____

48.   **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. ............      _____      _____

49.   **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .........................      _____      _____

50.   **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .........................      _____      _____

51.   **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information. ............      _____      _____

Debtor    **Granados, Karen Alejandra**    Case number *(if known)* **8:24-bk-10854-TA**

---

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................................................................................... ➔ | **$0.00** |

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53.  **Do you have other property of any kind you did not already list?**

*Examples:*  Season tickets, country club membership

☑ No

☐ Yes. Give specific
information. ............

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................................... ➔ | **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |

55.  **Part 1: Total real estate, line 2** ........................................................................................ ➔ | **$0.00** |

56.  **Part 2: Total vehicles, line 5**  **$0.00**

57.  **Part 3: Total personal and household items, line 15**  **$4,300.00**

58.  **Part 4: Total financial assets, line 36**  **$2,891.00**

59.  **Part 5: Total business-related property, line 45**  **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**  **$0.00**

61.  **Part 7: Total other property not listed, line 54**  +  **$0.00**

62.  **Total personal property. Add lines 56 through 61.** ...............  **$7,191.00**   Copy personal property total ➔ + **$7,191.00**

63.  **Total of all property on Schedule A/B. Add line 55 + line 62.** ...................................................................................... | **$7,191.00** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Karen** | **Alejandra** | **Granados** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number (if known) | **8:24-bk-10854-TA** | | |

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Household goods and furnishings**<br><br>Line from *Schedule A/B:*   **6** | **$1,800.00** | ☑   **$1,800.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(3)** |
| Brief description:<br>**Electronics**<br><br>Line from *Schedule A/B:*   **7** | **$1,500.00** | ☑   **$1,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(3)** |

3. **Are you claiming a homestead exemption of more than $189,050?**

(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | Case number *(if known)* **8:24-bk-10854-TA** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Equipment for sports and hobbies**<br><br>Line from<br>*Schedule A/B:* _____9_____ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(3)** |
| Brief description:<br>**Clothes**<br><br>Line from<br>*Schedule A/B:* _____11_____ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(3)** |
| Brief description:<br>**Jewelry**<br><br>Line from<br>*Schedule A/B:* _____12_____ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(4)** |
| Brief description:<br>**Cash**<br><br>Line from<br>*Schedule A/B:* _____16_____ | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| Brief description:<br>**Chase**<br>**Checking account**<br><br>Line from<br>*Schedule A/B:* _____17_____ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| Brief description:<br>**Bank of America**<br>**Checking account**<br><br>Line from<br>*Schedule A/B:* _____17_____ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| Brief description:<br>**Chase**<br>**Checking account**<br><br>Line from<br>*Schedule A/B:* _____17_____ | $1,891.00 | ☑ $1,891.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Karen** | **Alejandra** | **Granados** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Central** _____ District of _____ **California** _____

Case number (if    **8:24-bk-10854-TA**
known)

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1.  **Do any creditors have claims secured by your property?**

☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Karen** | **Alejandra** | **Granados** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central** District of **California**

Case number **8:24-bk-10854-TA**
(if known)

☐ Check if this is an amended filing

**Official Form 106E/F**

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**
    ☑ No. Go to Part 2.
    ☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|
| **4.1** **AFFIRM INC** | Last 4 digits of account number    F   E   X   X | $2,744.00 |
| Nonpriority Creditor's Name | | |
| **650 CALIFORNIA ST FL 12** | **When was the debt incurred?**    7/12/2022 | |
| Number        Street | | |
| **SAN FRANCISCO, CA 94108** | **As of the date you file, the claim is:** Check all that apply. | |
| City        State        ZIP Code | ☐ Contingent | |
| **Who incurred the debt?** Check one. | ☐ Unliquidated | |
| ☑ Debtor 1 only | ☐ Disputed | |
| ☐ Debtor 2 only | | |
| ☐ Debtor 1 and Debtor 2 only | **Type of NONPRIORITY unsecured claim:** | |
| ☐ At least one of the debtors and another | ☐ Student loans | |
| ☐ Check if this claim is for a community debt | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| **Is the claim subject to offset?** | ☑ Other. Specify    **Unsecured** | |
| ☑ No | | |
| ☐ Yes | | |

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **8:24-bk-10854-TA** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** | |
|---|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.2**  **AFFIRM INC**

Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**

Number          Street

**SAN FRANCISCO, CA 94108**

City               State               ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **6   V   X   X**

**When was the debt incurred?**         **12/21/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Unsecured**

**$1,799.00**

---

**4.3**  **AFFIRM INC**

Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**

Number          Street

**SAN FRANCISCO, CA 94108**

City               State               ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **9   H   X   X**

**When was the debt incurred?**         **11/25/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Unsecured**

**$1,477.00**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **2** of **14**

| Debtor 1 | Karen | Alejandra | Granados | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **8:24-bk-10854-TA**

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | Total claim |
|---|---|---|

### 4.4

**AFFIRM INC**

Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**

Number          Street

**SAN FRANCISCO, CA 94108**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **0    E    X    X**

When was the debt incurred?    **1/11/2023**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Unsecured**

**$700.00**

### 4.5

**AFFIRM INC**

Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**

Number          Street

**SAN FRANCISCO, CA 94108**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **J    T    X    X**

When was the debt incurred?    **11/28/2022**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Unsecured**

**$574.00**

Debtor 1    **Karen**          **Alejandra**          **Granados**
      First Name          Middle Name          Last Name          Case number *(if known)*  **8:24-bk-10854-TA**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** | |
|---|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.            **Total claim**

---

**4.6**  **AFFIRM INC**

Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**

Number          Street

**SAN FRANCISCO, CA 94108**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **V  S  X  X**          **$387.00**

**When was the debt incurred?**          **12/8/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Unsecured**

---

**4.7**  **AFFIRM INC**

Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**

Number          Street

**SAN FRANCISCO, CA 94108**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **4  P  X  X**          **$214.00**

**When was the debt incurred?**          **9/7/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Unsecured**

---

**4.8**  **AFFIRM INC**

Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**

Number          Street

**SAN FRANCISCO, CA 94108**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **F  M  X  X**          **$190.00**

**When was the debt incurred?**          **10/25/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Unsecured**

---

Debtor 1 **Karen** **Alejandra** **Granados**

First Name      Middle Name      Last Name      Case number *(if known)* **8:24-bk-10854-TA**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** | |
|---|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.9**

**AFFIRM INC**
Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**
Number      Street

**SAN FRANCISCO, CA 94108**
City      State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **I**   **D**   **X**   **X**      **$169.00**

**When was the debt incurred?**    **1/17/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

**4.10**

**AFFIRM INC**
Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**
Number      Street

**SAN FRANCISCO, CA 94108**
City      State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **0**   **Q**   **X**   **X**      **$151.00**

**When was the debt incurred?**    **9/9/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

**4.11**

**AFFIRM INC**
Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**
Number      Street

**SAN FRANCISCO, CA 94108**
City      State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **D**   **H**   **X**   **X**      **$139.00**

**When was the debt incurred?**    **11/7/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

Debtor 1    **Karen**      **Alejandra**      **Granados**

     First Name       Middle Name      Last Name

Case number *(if known)*   **8:24-bk-10854-TA**

| Part 2: | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.12**

**AFFIRM INC**

Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**

Number      Street

**SAN FRANCISCO, CA 94108**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **M**   **K**   **X**   **X**      **$132.00**

**When was the debt incurred?**     **1/11/2023**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

**4.13**

**AFFIRM INC**

Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**

Number      Street

**SAN FRANCISCO, CA 94108**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **Z**   **J**   **X**   **X**      **$105.00**

**When was the debt incurred?**     **1/6/2023**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

**4.14**

**AFFIRM INC**

Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**

Number      Street

**SAN FRANCISCO, CA 94108**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **O**   **C**   **X**   **X**      **$104.00**

**When was the debt incurred?**     **1/11/2023**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)*   **8:24-bk-10854-TA**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     | **Total claim** |

---

**4.15**

**AFFIRM INC**
Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**
Number          Street

**SAN FRANCISCO, CA 94108**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   N  W  X  X          **$83.00**

**When was the debt incurred?**          **12/7/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

**4.16**

**AFFIRM INC**
Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**
Number          Street

**SAN FRANCISCO, CA 94108**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   U  N  X  X          **$80.00**

**When was the debt incurred?**          **5/6/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

**4.17**

**AFFIRM INC**
Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**
Number          Street

**SAN FRANCISCO, CA 94108**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   X  N  6  X          **$70.00**

**When was the debt incurred?**          **9/26/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **8:24-bk-10854-TA** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.18**

**AFFIRM INC**
Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**
Number          Street

**SAN FRANCISCO, CA 94108**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7  E  X  X**          **$68.00**

**When was the debt incurred?**          **4/18/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Unsecured**

---

**4.19**

**AFFIRM INC**
Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**
Number          Street

**SAN FRANCISCO, CA 94108**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **I  Q  X  X**          **$62.00**

**When was the debt incurred?**          **1/31/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Unsecured**

---

**4.20**

**AFFIRM INC**
Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**
Number          Street

**SAN FRANCISCO, CA 94108**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **5  J  X  X**          **$33.00**

**When was the debt incurred?**          **1/17/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Unsecured**

---

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **8:24-bk-10854-TA** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

---

**4.21**  **AFFIRM INC**

Nonpriority Creditor's Name

**650 CALIFORNIA ST FL 12**

Number        Street

**SAN FRANCISCO, CA 94108**

City              State              ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **D  5  X  X**        **$30.00**

**When was the debt incurred?**    **4/21/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Unsecured**

---

**4.22**  **BEST BUY / CITIBANK**

Nonpriority Creditor's Name

**50 NORTHWEST POINT ROAD**

Number        Street

**ELK GROVE VILLAGE, IL 60007**

City              State              ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **2  2  8  8**        **$4,667.00**

**When was the debt incurred?**    **12/18/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **ChargeAccount**

---

**4.23**  **CHASE CARD SERVICES**

Nonpriority Creditor's Name

**PO BOX 15369**

Number        Street

**WILMINGTON, DE 19850**

City              State              ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **0  3  2  5**        **$10,902.00**

**When was the debt incurred?**    **3/13/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **FlexibleSpendingCreditCard**

---

Debtor 1     **Karen**          **Alejandra**          **Granados**

First Name          Middle Name          Last Name

Case number *(if known)*  **8:24-bk-10854-TA**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          Total claim

---

**4.24**   **CITIBANK / BEST BUY**

Nonpriority Creditor's Name

**PO BOX 6497**

Number          Street

**SIOUX FALLS, SD 57117-6497**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **8   0   6   7**          **$4,709.00**

**When was the debt incurred?**          **2016**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.25**   **DEPT OF EDUCATION / NELNET**

Nonpriority Creditor's Name

**121 S 13TH ST**

Number          Street

**LINCOLN, NE 68508**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **1   5   1   7**          **$3,631.00**

**When was the debt incurred?**          **5/30/2013**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

---

**4.26**   **DEPT OF EDUCATION / NELNET**

Nonpriority Creditor's Name

**121 S 13TH ST**

Number          Street

**LINCOLN, NE 68508**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **1   3   1   7**          **$3,631.00**

**When was the debt incurred?**          **12/7/2012**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

---

Debtor 1    **Karen**         **Alejandra**       **Granados**
　　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*  **8:24-bk-10854-TA**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.27**  **DEPT OF EDUCATION / NELNET**

Nonpriority Creditor's Name

**121 S 13TH ST**

Number　　　　　Street

**LINCOLN, NE 68508**

City　　　　　State　　　　ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **1  4  1  7**        $699.00

**When was the debt incurred?**      **12/7/2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**4.28**  **DEPT OF EDUCATION / NELNET**

Nonpriority Creditor's Name

**121 S 13TH ST**

Number　　　　　Street

**LINCOLN, NE 68508**

City　　　　　State　　　　ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **1  6  1  7**        $526.00

**When was the debt incurred?**      **5/30/2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**4.29**  **KLARNA**

Nonpriority Creditor's Name

**629 N HIGH ST FL 300**

Number　　　　　Street

**COLUMBUS, OH 43215-2929**

City　　　　　State　　　　ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___       $919.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Unsecured**

---

Debtor 1   **Karen**          **Alejandra**      **Granados**
           First Name         Middle Name        Last Name          Case number *(if known)* __8:24-bk-10854-TA__

| Part 2: | Your **NONPRIORITY** Unsecured Claims — Continuation Page |
|---------|-----------------------------------------------------------|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                **Total claim**

---

**4.30**  **LENDING POINT**

Last 4 digits of account number     **2   1   8   5**          **$4,579.00**

Nonpriority Creditor's Name

**1201 ROBERTS BLVD, SUITE 200**                When was the debt incurred?          **2020**

Number          Street

**KENNESAW, GA 30144**

City            State           ZIP Code        **As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Who incurred the debt?** Check one.            ☐ Unliquidated

☑ Debtor 1 only                                 ☐ Disputed

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only                    **Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another       ☐ Student loans

☐ **Check if this claim is for a community debt**  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**              ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No                                            ☑ Other. Specify   **Personal Loan**

☐ Yes

---

**4.31**  **STEADFAST INSURANCE COMPANY**

Last 4 digits of account number     **0   1   1   8**          **$63,318.00**

Nonpriority Creditor's Name

**C/O LAW OFFICES OF GARY ROESENBERG**           When was the debt incurred?          **5/22/2017**

**425 E COLORADO ST STE 450**

Number          Street

**GLENDALE, CA 91205-1675**                      **As of the date you file, the claim is:** Check all that apply.

City            State           ZIP Code        ☐ Contingent

☐ Unliquidated

**Who incurred the debt?** Check one.            ☐ Disputed

☑ Debtor 1 only

☐ Debtor 2 only                                 **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only                    ☐ Student loans

☐ At least one of the debtors and another       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**              ☑ Other. Specify   **Related to auto accident**

☑ No

☐ Yes

---

**4.32**  **SYNCHRONY / CARE CREDIT**

Last 4 digits of account number     **0   7   5   4**          **$2,117.00**

Nonpriority Creditor's Name

**950 FORRER BLVD**                              When was the debt incurred?          **12/1/2014**

Number          Street

**KETTERING, OH 45420**                          **As of the date you file, the claim is:** Check all that apply.

City            State           ZIP Code        ☐ Contingent

☐ Unliquidated

**Who incurred the debt?** Check one.            ☐ Disputed

☑ Debtor 1 only

☐ Debtor 2 only                                 **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only                    ☐ Student loans

☐ At least one of the debtors and another       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**              ☑ Other. Specify   **ChargeAccount**

☑ No

☐ Yes

---

Debtor 1    **Karen**              **Alejandra**           **Granados**
            First Name            Middle Name            Last Name                Case number *(if known)*   **8:24-bk-10854-TA**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.33**  **SYNCHRONY / PAYPAL CREDIT**

Nonpriority Creditor's Name

**PO BOX 965005**

Number          Street

**ORLANDO, FL 32896**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **5  4  7  5**          $7,998.00

When was the debt incurred?          **2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.34**  **TRUEACCORD**

Nonpriority Creditor's Name

**16011 COLLEGE BLVD STE 130**

Number          Street

**LENEXA, KS 66219-9877**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___          $6,360.00

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collection Account**

---

**4.35**  **ZIP INC**

Nonpriority Creditor's Name

**228 PARK AVE S PMB 59872**

Number          Street

**NEW YORK, NY 10003-1502**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8  Q  5  D**          $716.00

When was the debt incurred?          **2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

Debtor 1    __Karen_____    __Alejandra_____    __Granados_____    Case number *(if known)* __8:24-bk-10854-TA__
        First Name           Middle Name         Last Name

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$0.00** |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$8,487.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$115,596.00** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$124,083.00** |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Karen** | **Alejandra** | **Granados** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number (if known) | **8:24-bk-10854-TA** | | |

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.2** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.3** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.4** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |

**Fill in this information to identify your case:**

| Debtor 1 | **Karen** | **Alejandra** | **Granados** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Central** _____ District of _____ **California** _____

Case number   **8:24-bk-10854-TA**
(if known)

☐ Check if this is an amended filing

**Official Form 106H**

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.** **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

**2.** **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes. In which community state or territory did you live? _____ **California** _____. Fill in the name and current address of that person.

   **Domianus, Shawn**
   Name of your spouse, former spouse, or legal equivalent

   **1871 Swan Cir**
   Number          Street

   **Costa Mesa, CA 92626-4739**
   City                    State              ZIP Code

**3.** **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you.** List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.1**

Name _____

Number        Street _____

City        State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2**

Name _____

Number        Street _____

City        State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**Fill in this information to identify your case:**

Debtor 1   **Karen      Alejandra      Granados**
          First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  _____
          First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   **Central District of California**

Case number   **8:24-bk-10854-TA**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 income as of the following date:

_____
MM / DD / YYYY

# Official Form 106I

## Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. **Fill in your employment information.** | **Employment status** | ☐ Employed ☑ Not Employed | ☐ Employed ☑ Not Employed |
| If you have more than one job, attach a separate page with information about additional employers. | **Occupation** | _____ | _____ |
| | **Employer's name** | _____ | _____ |
| Include part time, seasonal, or self-employed work. | **Employer's address** | _____ | _____ |
| | | Number Street | Number Street |
| Occupation may include student or homemaker, if it applies. | | _____ | _____ |
| | | _____ | _____ |
| | | City     State   Zip Code | City     State   Zip Code |
| | **How long employed there?** | _____ | _____ |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2.   $0.00 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.   $0.00 | $0.00 |

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | Case number *(if known)* | **8:24-bk-10854-TA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here..............................................➔ | 4. | $0.00 | $0.00 |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | 5e. Insurance | 5e. | $0.00 | $0.00 |
| | 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| | 5g. Union dues | 5g. | $0.00 | $0.00 |
| | 5h. Other deductions. Specify: _____ | 5h. | + $0.00 | + $0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $1,250.82 | $3,610.11 |
| | 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| | 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| | 8e. Social Security | 8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| | 8h. Other monthly income. Specify: _____ | 8h. | + $0.00 | + $0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $1,250.82 | $3,610.11 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $1,250.82 + | $3,610.11 = | $4,860.93 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. +   $0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies     12.   $4,860.93

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain: _____

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | Case number *(if known)* **8:24-bk-10854-TA** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Hairdresser

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1.  Gross Monthly Income:                                                                    $1,250.82

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
    Business Debts
    TOTAL PAYMENTS TO SECURED CREDITORS                          $0.00

3.  Other Expenses
    TOTAL OTHER EXPENSES                                                      $0.00

4.  TOTAL MONTHLY EXPENSES(Add item 2 - 21)                                          $0.00

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

5.  AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1)                  $1,250.82

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | Case number *(if known)* **8:24-bk-10854-TA** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Solar Sales

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1.  Gross Monthly Income:           $3,610.11

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

    TOTAL PAYMENTS TO SECURED CREDITORS      $0.00

3.  Other Expenses

    TOTAL OTHER EXPENSES      $0.00

4.  TOTAL MONTHLY EXPENSES(Add item 2 - 21)      $0.00

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

5.  AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1)      $3,610.11

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Karen** | **Alejandra** | **Granados** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number | | **8:24-bk-10854-TA** | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 2 | ☐ No. ☑ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | **Your expenses** |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$650.00** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | **$0.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$150.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | Case number *(if known)* **8:24-bk-10854-TA** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | | **Your expenses** |
|---|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | | 5. | $0.00 |
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | | 6a. | $0.00 |
| | 6b. Water, sewer, garbage collection | | 6b. | $0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | | 6c. | $300.00 |
| | 6d. Other. Specify: _____ | | 6d. | $0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $1,200.00 |
| 8. | **Childcare and children's education costs** | | 8. | $300.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $300.00 |
| 10. | **Personal care products and services** | | 10. | $250.00 |
| 11. | **Medical and dental expenses** | | 11. | $200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | | 15a. | $0.00 |
| | 15b. Health insurance | | 15b. | $0.00 |
| | 15c. Vehicle insurance | | 15c. | $250.00 |
| | 15d. Other insurance. Specify: _____ | | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Estimated tax liability** | | 16. | $750.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | | 17a. | $0.00 |
| | 17b. Car payments for Vehicle 2 | | 17b. | $0.00 |
| | 17c. Other. Specify: **Student loans** | | 17c. | $150.00 |
| | 17d. Other. Specify: _____ | | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. Mortgages on other property | | 20a. | $0.00 |
| | 20b. Real estate taxes | | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | | 20e. | $0.00 |

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | Case number *(if known)* **8:24-bk-10854-TA** |
|----------|-----------|---------------|--------------|----------|
| | First Name | Middle Name | Last Name | |

**21.** **Other.** Specify: _____  21.  **+** _____ **$0.00**

**22.** **Calculate your monthly expenses.**

22a. Add lines 4 through 21.  22a.  _____ **$5,100.00**

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  22b.  _____ **$0.00**

22c. Add line 22a and 22b. The result is your monthly expenses.  22c.  _____ **$5,100.00**

**23.** **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I.*  23a.  _____ **$4,860.93**

23b. Copy your monthly expenses from line 22c above.  23b.  **−** _____ **$5,100.00**

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*  23c.  _____ **($239.07)**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.

None

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Karen** | **Alejandra** | **Granados** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number (if known) | **8:24-bk-10854-TA** | | |

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.......................................................... | **$0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.............................................. | **$7,191.00** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*........................................................ | **$7,191.00** |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$0.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$124,083.00** |
| **Your total liabilities** | **$124,083.00** |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................... | **$4,860.93** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*........................................................ | **$5,100.00** |

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | Case number *(if known)* | **8:24-bk-10854-TA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:** Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

| | |
|---|---|
| | $4,289.28 |

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $8,487.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $8,487.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Karen** | **Alejandra** | **Granados** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _(signature)_

Karen Alejandra Granados, Debtor 1

Date 04/04/2024
     MM/ DD/ YYYY

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **Karen**      **Alejandra**      **Granados** |
|---|---|
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | **Central District of California** |
| Case number (if known) | **8:24-bk-10854-TA** |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **2775 Mesa Verde Dr E Apt X112** <br> Number   Street | From **2021** <br> To **2022** | Number   Street | From _____ <br> To _____ |
| **Costa Mesa, CA 92626-5042** <br> City     State   ZIP Code | | City     State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **664 W 12th St Apt 212** <br> Number   Street | From **2020** <br> To **2021** | Number   Street | From _____ <br> To _____ |
| **San Pedro, CA 90731-7802** <br> City     State   ZIP Code | | City     State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | Case number *(if known)* **8:24-bk-10854-TA** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$5,896.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, **2023** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$12,993.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2022** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$21,145.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, **2023** )<br>YYYY | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, **2022** )<br>YYYY | _____ | _____ | _____ | _____ |

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | Case number *(if known)* **8:24-bk-10854-TA** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

---

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes.    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes.    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **STEADFAST INSURANCE COMPANY**<br>Creditor's Name<br>**c/o Law offices of Gary Roesenberg**<br><br>**425 E Colorado St Ste 450**<br>Number       Street<br><br>**Glendale, CA 91205-1675**<br>City            State      ZIP Code | **3/7/2024** | **$1,500.00** | **$63,318.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other  **Judgment** |

---

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name<br><br>Number       Street<br><br><br>City            State      ZIP Code | | | | |

---

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | Case number *(if known)* **8:24-bk-10854-TA** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number    Street | _____ | | | |
| _____<br>City        State    ZIP Code | | | | |

---

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **STEADFAST INSURANCE COMPANY VS KAREN ALEJANDRA GRANADOS** | **Auto accident** | **Los Angeles County Superior Court**<br>Court Name<br>**312 N Spring St**<br>Number    Street<br>**Los Angeles, CA 90012-4701**<br>City            State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | **19STCV41240** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

Debtor 1    **Karen**          **Alejandra**          **Granados**                                    Case number *(if known)*  **8:24-bk-10854-TA**
_____
            First Name        Middle Name            Last Name

| Describe the property | Date | Value of the property |
|---|---|---|
| | | |

Creditor's Name
_____

| Explain what happened |
|---|

Number    Street
_____

❑ Property was repossessed.

_____

❑ Property was foreclosed.

❑ Property was garnished.

City              State      ZIP Code

❑ Property was attached, seized, or levied.

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❑ Yes. Fill in the details.

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | | |

Creditor's Name
_____

Number    Street
_____

_____

City              State      ZIP Code          Last 4 digits of account number: XXXX– __ __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❑ Yes

---

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❑ Yes. Fill in the details for each gift.

---

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | | Case number *(if known)* **8:24-bk-10854-TA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | | |
| | | | |
| Number     Street | | | |
| | | | |
| City                    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |
| Charity's Name | | | |
| | | | |
| Number     Street | | | |
| | | | |
| City                State    ZIP Code | | | |

## Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | Case number *(if known)* **8:24-bk-10854-TA** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 7:** List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **001 DebtorCC Inc.** | **Credit counseling** | | |
| Person Who Was Paid | | **3/22/2024** | |
| **378 Summit Ave** | | | |
| Number     Street | | | |
| **Jersey City, NJ 07306-3110** | | | |
| City          State    ZIP Code | | | |
| **debtorcc.org** | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Nexus Bankruptcy** | **Attorney's fees, credit report, filing fee** | | |
| Person Who Was Paid | | **3/21/2024** | **$1,362.95** |
| **3090 Bristol Street #400** | | | |
| Number     Street | | | |
| **Costa Mesa, CA 92626** | | | |
| City          State    ZIP Code | | | |
| **ben@nexusbk.com** | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number     Street | | | |
| City          State    ZIP Code | | | |

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | Case number *(if known)* **8:24-bk-10854-TA** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number     Street | | | |
| City          State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

Debtor 1  **Karen**          **Alejandra**          **Granados**          Case number *(if known)* **8:24-bk-10854-TA**

First Name          Middle Name          Last Name

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | **XXXX–** ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

Number   Street

City          State   ZIP Code

---

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |
| **Name of Financial Institution** | Name | | |
| Number   Street | Number   Street | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |
| **Name of Storage Facility** | Name | | |
| Number   Street | Number   Street | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

Debtor 1    **Karen**          **Alejandra**          **Granados**                          Case number *(if known)* **8:24-bk-10854-TA**
             First Name         Middle Name            Last Name

**Part 9:** Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | Number    Street | | |
| Number    Street | City          State    ZIP Code | | |
| City          State    ZIP Code | | | |

**Part 10:** Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

Debtor 1    __Karen__    __Alejandra__    __Granados__      Case number *(if known)* __8:24-bk-10854-TA__

First Name      Middle Name      Last Name

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| **Name of site** | | |
| **Governmental unit** | | |
| **Number   Street** | | |
| **Number   Street** | | |
| | **City         State     ZIP Code** | |
| **City         State    ZIP Code** | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** _____ | **Court Name** | | ☐ Pending |
| | | | ☐ On appeal |
| | **Number   Street** | | ☐ Concluded |
| **Case number** | **City         State     ZIP Code** | | |

---

**Part 11:** Give Details About Your Business or Connections to Any Business

---

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** | | **EIN:** __ __ – __ __ __ __ __ __ __ |
| **Number   Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| **City         State   ZIP Code** | | **From _____ To _____** |

Debtor 1    **Karen**     **Alejandra**     **Granados**        Case number *(if known)* **8:24-bk-10854-TA**

    First Name         Middle Name         Last Name

---

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | **Date issued** |
|---|---|
| _____ | _____ |
| Name | MM / DD / YYYY |
| _____ | |
| Number    Street | |
| _____ | |
| _____ | |
| City      State    ZIP Code | |

---

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** _Karen Granados_ _____

    Signature of Karen Alejandra Granados, Debtor 1

    Date   **04/19/2024**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

| Fill in this information to identify your case: |
|---|

| | | | |
|---|---|---|---|
| Debtor 1 | **Karen** | **Alejandra** | **Granados** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number (if known) | **8:24-bk-10854-TA** | | |

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7     **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

| 1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below. | | |
|---|---|---|
| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |

| Debtor 1 | **Karen** | **Alejandra** | **Granados** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _~~[signature]~~_____
Signature of Debtor 1

Date  04/04/2024
     MM/  DD/  YYYY

| Fill in this information to identify your case: | | |
|---|---|---|

**Debtor 1**  **Karen**  **Alejandra**  **Granados**
First Name  Middle Name  Last Name

**Debtor 2**
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the:  **Central District of California**

Case number  **8:24-bk-10854-TA**
(if known)

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

## Chapter 7 Statement of Your Current Monthly Income                      12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:  Calculate Your Current Monthly Income

1.  **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☑ **Married and your spouse is NOT filing with you.** You and your spouse are:

☑ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | *Column A*<br>Debtor 1 | *Column B*<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | **$0.00** | **$0.00** |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | **$0.00** | **$0.00** |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | **$0.00** | **$0.00** |

5.  **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $1,250.82 | $3,038.46 | | |
| Ordinary and necessary operating expenses | – $0.00 | – $0.00 | | |
| Net monthly income from a business, profession, or farm | $1,250.82 | $3,038.46 | Copy here → | **$1,250.82**   **$3,038.46** |

6.  **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | |
| Ordinary and necessary operating expenses | – $0.00 | – $0.00 | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | **$0.00**   **$0.00** |

| 7. | **Interest, dividends, and royalties** | **$0.00** | **$0.00** |
|---|---|---|---|

Debtor 1    **Karen**         **Alejandra**      **Granados**                    Case number *(if known)*  **8:24-bk-10854-TA**
            First Name          Middle Name         Last Name

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| **8. Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit
under

the Social Security Act. Instead, list it here: ..................................... ↓

For you.................................................................... **$0.00**

For your spouse......................................................... **$0.00**

| | | |
|---|---|---|
| **9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $0.00 | $0.00 |

**10. Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act; payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by
the United States Government in connection with a disability, combat-related
injury or disability, or death of a member of the uniformed services. If necessary,
list other sources on a separate page and put the total below.

Total amounts from separate pages, if any.        +_____  +_____

| | | | |
|---|---|---|---|
| **11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | **$1,250.82** | + **$3,038.46** | = **$4,289.28**<br>**Total current monthly income** |

---

**Part 2:**  Determine Whether the Means Test Applies to You

**12. Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11................................................................  Copy line 11 here → **$4,289.28**

Multiply by 12 (the number of months in a year).                                           **X 12**

12b.  The result is your annual income for this part of the form.                            12b.  **$51,471.36**

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.            California

Fill in the number of people in your household.        3

Fill in the median family income for your state and size of household.................................................................  13.  **$109,458.00**
To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

Debtor 1    Karen      Alejandra      Granados      Case number *(if known)*
      First Name      Middle Name      Last Name

---

**Part 3:** Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** _____

Signature of Debtor 1

Date  04/04/2024
     MM/ DD/ YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

---

Debtor 1    **Karen**          **Alejandra**        **Granados**              Case number *(if known)* **8:24-bk-10854-TA**

First Name          Middle Name          Last Name

# Current Monthly Income Details for the Debtor(s)

| **Debtor 1 Income Details:** |
| --- |
| Income for the Period **10/01/2023** to **04/01/2024**. |

**Business Income**

Source of Income: **Hairdresser**

Income by Month:

|              | **Date**    | **Income**   | **Expenses** | **Net**      |
| ------------ | ----------- | ------------ | ------------ | ------------ |
| 6 Months ago | 10/2023     | $1,250.82    | $0.00        | $1,250.82    |
| 5 Months ago | 11/2023     | $1,250.82    | $0.00        | $1,250.82    |
| 4 Months ago | 12/2023     | $1,250.82    | $0.00        | $1,250.82    |
| 3 Months ago | 01/2024     | $1,250.82    | $0.00        | $1,250.82    |
| 2 Months ago | 02/2024     | $1,250.82    | $0.00        | $1,250.82    |
| Last Month   | 03/2024     | $1,250.82    | $0.00        | $1,250.82    |
| Average per month: | | $1,250.82 | $0.00       | $1,250.82    |

| **Non-filing Spouse Income Details:** |
| --- |
| Income for the Period **10/01/2023** to **04/01/2024**. |

**Business Income**

Source of Income: **Solar Sales**

Income by Month:

|              | **Date**    | **Income**   | **Expenses** | **Net**      |
| ------------ | ----------- | ------------ | ------------ | ------------ |
| 6 Months ago | 10/2023     | $180.21      | $0.00        | $180.21      |
| 5 Months ago | 11/2023     | $7,283.51    | $0.00        | $7,283.51    |
| 4 Months ago | 12/2023     | $4,373.68    | $0.00        | $4,373.68    |
| 3 Months ago | 01/2024     | $1,936.69    | $0.00        | $1,936.69    |
| 2 Months ago | 02/2024     | $4,456.66    | $0.00        | $4,456.66    |
| Last Month   | 03/2024     | $0.00        | $0.00        | $0.00        |
| Average per month: | | $3,038.46 | $0.00       | $3,038.46    |

Official Form                    **Chapter 7 Statement of Your Current Monthly Income**                    page **1**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

**In re**    Granados, Karen Alejandra

Case No.    **8:24-bk-10854-TA**

**Debtor**

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................    **$1,00.00**

Prior to the filing of this statement I have received ............................................................    **$1,00.00**

Balance Due ........................................................................................................................    **$0.00**

2.  The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__04/19/2024__                          /s/Benjamin Heston
Date                                    Benjamin Heston
                                        *Signature of Attorney*

                                                    Bar Number: 297798
                                                     Nexus Bankruptcy
                                                   3090 Bristol Street #400
                                                   Costa Mesa, CA 92626
                                                   Phone: (949) 312-1377

                                        **Nexus Bankruptcy**
                                        *Name of law firm*

---

Page 2 of 2

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ Costa Mesa _____ , California

_____
Signature of Debtor

Date: _04/04/2024_____

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                              F 1015-2.1.STMT.RELATED.CASES